**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS**

Justin Credico )
      Plaintiff(s) ) Case No. 16 C 1973
)
v. )
)
Blue Island Township, et al. )
      Defendant(s)

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐    in favor of plaintiff(s)
    and against defendant(s)
    in the amount of $       ,

       which ☐ includes     pre–judgment interest.
          ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐    in favor of defendant(s)
    and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒    other   The Complaint and this action are dismissed with prejudice.

This action was *(check one)*:

☐    tried by a jury with Judge    presiding, and the jury has rendered a verdict.

☐    tried by Judge    without a jury and the above decision was reached.

☒    decided by Judge Milton I. Shadur.

Date: 2/8/2016                                  Thomas G. Bruton, Clerk of Court

                                                     Carol Wing,, Deputy Clerk